IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION | : | CIVIL ACTION |
| v. | : | |
| PNC BANK N.A., ET AL. | : | NO. 14-2845 |

ORDER

AND NOW, this 2nd day of October, 2015, upon consideration of the cross-motions for summary judgment filed by plaintiff U.S. Bank (docket entry #35), defendant PNC Bank (docket entry #36), and defendant Jennifer Jones (docket entry #34), and for the reasons stated in the Memorandum, it is hereby ORDERED that:

1. Defendant PNC Bank's motion for summary judgment is GRANTED as to the claims brought by plaintiff U.S. Bank;

2. Defendant Jennifer Jones's motion for summary judgment is GRANTED as to the claims brought by plaintiff U.S. Bank;

3. Defendant PNC's motion for summary judgment is DENIED AS MOOT as to the cross-claim brought by defendant Jennifer Jones;

4. Defendant Jennifer Jones's cross-claim against defendant PNC is DISMISSED AS MOOT; and

5. Plaintiff U.S. Bank's motion for summary judgment is DENIED.

BY THE COURT:

_/S/ Stewart Dalzell, J.
Stewart Dalzell, J.